**No. 11-5650. Thomas Rea, Petitioner v. Wal-Mart Store 1105.**

565 U.S. 948, 132 S. Ct. 407, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7313, 

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 419 Fed. Appx. 700.